IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01584-PSF-MEH

MARY TAYLOR,

    Plaintiff,

v.

TIM BAUER, a resident of North Dakota;
BAUER WELDING, of North Dakota;
TIM O'BRIEN, a resident of North Dakota;
O'BRIEN WELDING, of North Dakota;
KODIAK ENGINEERING, LTD., a Canadian corporation; and
RIG STRUCTURES & SUPPLY, INC., a Texas corporation,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 17, 2007.**

    For good cause shown, the Stipulated Motion to Amend Scheduling Order [Filed January 16, 2007; Docket #36] is **granted.** The settlement conference scheduled in this matter for Wednesday, January 24, 2007, at 10:00 a.m., has been **rescheduled** to Wednesday, March 7, 2007, at 1:30 p.m. The conference will be held in Courtroom A-601 on the sixth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado

    Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.