IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01584-PSF-MEH

MARY TAYLOR,

    Plaintiff,

v.

TIM BAUER, a resident of North Dakota;
BAUER WELDING, of North Dakota;
TIM O'BRIEN, a resident of North Dakota;
O'BRIEN WELDING, of North Dakota;
KODIAK ENGINEERING, LTD., a Canadian corporation; and
RIG STRUCTURES & SUPPLY, INC., a Texas corporation,

    Defendants.

---

## ORDER OF DISMISSAL OF PARTIES

---

    This matter is before the Court on the Stipulated Motion to Dismiss With Prejudice (Dkt. # 41) filed by plaintiff and Defendants Tim O'Brien and O'Brien Welding. Having read the motion and being fully informed as to the issues, the Court hereby

    ORDERS that the motion is GRANTED. Defendants Tim O'Brien and O'Brien Welding are hereby DISMISSED WITH PREJUDICE, each party to pay his, her and its own costs, expenses and attorney's fees.

    IT IS FURTHER ORDERED that the caption on future filings in this case be amended to reflect the dismissal of these two defendants.

    DATED: January 29, 2007

                                      BY THE COURT:

                                      *s/ Phillip S. Figa*

                                      _____
                                      Phillip S. Figa
                                      United States District Judge