IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01584-PSF-MEH

MARY TAYLOR

    Plaintiff,

v.

TIM BAUER, a resident of North Dakota;
BAUER WELDING of North Dakota;
KODIAK ENGINEERING LTD., a Canadian corporation
RIG STRUCTURES & SUPPLY, INC., a Texas Corporation

    Defendants.

## ORDER GRANTING DISMISSAL OF PARTIES

This matter is before the Court on the Stipulation of Dismissal of Defendants Tim Bauer and Bauer Welding (Dkt. # 44) and the Stipulation of Dismissal [of Defendant Rig Structures & Supply, Inc.] (Dkt. # 45).  The Court having reviewed these stipulations and being fully advised in the premises, hereby ORDERS the dismissal with prejudice of all claims and causes of action against Tim Bauer and Bauer Welding, and all claims and causes of action against Rig Structures & Supply, Inc., each party to bear his, her or its own costs, expenses, and attorneys fees.

IT IS FURTHER ORDERED that the caption on future filings in this case be amended to reflect that Kodiak Engineering Ltd. is the sole remaining defendant in this action.

DATED:  February 6, 2007        BY THE COURT:

                                                      *s/ Phillip S. Figa*

                                                    _____
                                                    Phillip S. Figa
                                                    United States District Judge