IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

---

Civil Action No. 06-cv-01584-PSF-MEH          Date:  March 12, 2007
Courtroom Deputy: Cathy Coomes                **FTR – Courtroom A601**

---

MARY TAYLOR,                                  Beth Ann Morrison Klein

Plaintiff(s);

vs.

KODIAK ENGINEERING LTD.,                      Casey A. Quillen (by phone)
                                              Jeff Ruebel (by phone)
Defendant(s).

---

### COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC MOTION HEARING**

**Court in session:**      9:50 a.m.

Court calls case.  Appearances of counsel.

Argument and discussion regarding Plaintiff's Stipulated Motion to Amend Scheduling Order (Doc. #49, filed 2/28/07).

**ORDERED:**  For reasons stated on the record, Plaintiff's Stipulated Motion to Amend Scheduling Order (Doc. #49, filed 2/28/07) is GRANTED in part.  The Court will not extend the deadlines as requested but will extend the deadlines as follows:

- !  All discovery, including experts:   **August 10, 2007**

- !  Initial expert witness designation:   **June 20, 2007**

- !  Rebuttal expert witness designation:   **July 20, 2007**

**ORDERED:**  1.   The Final Pretrial Conference set for July 30, 2007, is VACATED and RESET to **October 5, 2007, at 9:00 a.m.**  In addition to filing a PDF copy with the Clerk of the Court, counsel should **e-mail** the proposed Final Pretrial Conference in **Word or WordPerfect format** to Magistrate Judge Hegarty's chamber's email account at Hegarty_Chambers@cod.uscourts.gov **on or before September 28, 2007.**

       2.       The Settlement Conference set for April 12, 2007, is VACATED and RESET to **July 9, 2007, at 10:00 a.m.**
Attorney(s) and Client(s)/Client Representative(s), including an adjustor if an insurance company is involved, with full settlement authority **are to be present in person** for the Settlement Conference.  Counsel should **e-mail** confidential settlement statements with attachments and exhibits to Magistrate Judge Hegarty's chamber's email account at Hegarty_Chambers@cod.uscourts.gov **on or before July 2, 2007,** outlining the facts and issues in the case and the party's settlement position.  In addition, each party shall disclose what it is willing to offer or accept in settlement.

**Court in recess:**     **10:04 a.m.   (Hearing concluded)**
**Total time in court:**  0:14