IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01584-PSF-MEH

MARY TAYLOR,

    Plaintiff,

v.

KODIAK ENGINEERING LTD., a Canadian corporation,

    Defendant.

_____

## MINUTE ORDER
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 6, 2007.**

    Pending before the Court is Defendant Kodiak Engineering Ltd.'s Motion to Amend Scheduling Order [Filed 7/3/07; Doc #64].  For good cause shown, Defendant's request to extend the rebuttal expert designation deadline thirty days to and including August 20, 2007 is **granted.** Defendant's request to extend the deadline for the discovery cut-off to September 30, 2007 is **denied**; rather, the discovery cut-off deadline shall be extended thirty days to and including September 10, 2007.