IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01584-PSF-MEH

MARY TAYLOR,

    Plaintiff,

v.

KODIAK ENGINEERING LTD., a Canadian corporation,

    Defendant.

_____

## MINUTE ORDER
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 26, 2007.**

    Defendant Kodiak Engineering Ltd.'s Motion in Limine [filed July 10, 2007; Doc #70] is **denied without prejudice**. The Motion is premature. Discovery is not closed in this matter until September 10, 2007, and the Final Pretrial Conference is currently scheduled for October 5, 2007. No trial date has yet been scheduled. Defendant may re-file its Motion in accordance with the Final Pretrial Order in this matter and this Court's instructions at the appropriate time.