IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01584-PSF-MEH

MARY TAYLOR,

    Plaintiff,

v.

KODIAK ENGINEERING LTD., a Canadian corporation,

    Defendant.

_____

## MINUTE ORDER
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 29, 2007.**

    Upon notice by the parties of settlement of this matter, the Plaintiff's Motion to Strike Endorsement of Defendant's Expert Allan Nelson [filed August 21, 2007; doc #82] is **denied as moot**.