IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

Civil Action No. 06-cv-01584-PSF-MEH             Date:   September 17, 2007
Courtroom Deputy: Cathy Coomes                   **FTR – Courtroom C203**

MARY TAYLOR,                                     Beth Ann Morrison Klein
                                                             (by telephone)

     Plaintiff,

vs.

KODIAK ENGINEERING LTD,                          Casey A. Quillen

     Defendant.

**COURTROOM MINUTES/MINUTE ORDER**

**TELEPHONIC MOTION HEARING**

**Court in session:**   9:11 a.m.

Court calls case.  Appearances of counsel.

Discussion regarding Plaintiff's Emergency Motion to Enforce Settlement Agreement.

**ORDERED:**  Plaintiff's Emergency Motion to Enforce Settlement Agreement (Doc. #86, filed 9/14/07) is DENIED as moot.  Counsel for Defendant has stated that a check will issue by the end of September 2007.

**Court in recess:**   9:13 a.m.   (Hearing concluded)
**Total time in court:**  0:02