IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01584-PSF-MEH

MARY TAYLOR,

    Plaintiff,

v.

KODIAK ENGINEERING, LTD., a Canadian corporation,

    Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

This matter is before the Court on the parties' Stipulation of Dismissal With Prejudice (Dkt. # 92). The Court having considered the stipulation, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay her or its own costs and attorneys' fees.

DATED: October 25, 2007.

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
U.S. District Court Judge